UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

LEWIS E. GRAHAM II and FLOWORKS, INC.,

        Defendants.

2:09-CV-250 JCM (LRL)

**ORDER**

Presently before the court is the case of *Securities and Exchange Commission v. Graham, II et al* (Case No. 2:09-cv-00250-JCM -LRL).

On April 11, 2011, plaintiff Securities and Exchange Commission filed a proposed pretrial order (doc. #59 and #60) pursuant to the court's February 24, 2011, order (doc. #56) requiring that the parties file a joint pretrial order. Defendant Lewis E. Graham did not participate in the preparation of the pretrial order (doc. #59 and #60), and plaintiff asserts that it attempted via email to communicate with the defendant regarding the pretrial order. Plaintiff further asserts that it has "not received any information from defendant" despite forwarding the pretrial order and requesting information on April 8, 2011. (Doc. #60). On April 13, 2011, defendant filed a proposed pretrial order (doc. #62) which does not bear the signature of plaintiff's counsel or in any way indicate that it is a joint pretrial order.

Pursuant to Local Rule 16-3, "counsel who will try the case and who are authorized to make

**James C. Mahan**
**U.S. District Judge**

binding stipulations shall personally settle and prepare and lodge with the court a proposed *joint pretrial order.*" (Emphasis added). It appears that defendant filed his own proposed order rather than comply with the requirements of Local Rule 16-3.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant shall personally meet with opposing counsel and "personally settle and prepare and lodge with the court a proposed joint pretrial order" within thirty (30) days from the date of this order. Failure to comply with this directive will result in the striking of defendant's answer and entry of judgment against him.

DATED this 22nd day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**