UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>LEWIS E. GRAHAM II and FLOWORKS, INC.,<br><br>    Defendants. | 2:09-CV-250 JCM (LRL) |

**ORDER**

Presently before the court is defendant Lewis E. Graham, II's motion for speedy trial. (Doc. #58). Plaintiff, the Securities and Exchange Commission, did not file an opposition.

Defendant's motion is moot. Shortly after defendant filed his motion, the court set a jury trial for February 6, 2012. (Doc. #61). Further, the parties have engaged in settlement discussions which have allegedly resulted in a settlement agreement. (Docs. #73, #76, and #79). According to status reports filed by plaintiff, the Securities and Exchange Commission "requires additional time" to approve the agreement because it "requires an analysis of [defendant's] financial condition." (Doc #79). If the Securities and Exchange Commission fails to approve the settlement agreement, the parties will go to trial as scheduled on February 6, 2012.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Lewis E.

3  Graham, II's motion for speedy trial (doc. #58) be, and the same hereby is, DENIED as moot.

4  DATED this 8th day of December, 2011.

6  _____
   UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -