# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>LEWIS E. GRAHAM II and FLOWORKS, INC.,<br><br>        Defendants. | 2:09-CV-250 JCM (VCF) |

## ORDER

Presently before the court is plaintiff Securities and Exchange Commission's unopposed motion for an order staying pretrial and trial dates. (Doc. #83). Plaintiff reports that defendants consent to and do not oppose the instant motion. (Doc. #83).

Plaintiff requests that the court stay the pretrial and trial dates, stating that the parties have reached a settlement agreement in principle and are simply awaiting approval by the Commission. (Doc. #83). Plaintiff anticipates that the matter will be before the Commission for a decision within 30 to 45 days. (Doc. #83).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Securities and Exchange Commission's unopposed motion for an order staying pretrial and trial dates (doc. #83) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiff file a status report on or before March 1, 2012. If the Commission has not approved the proposed settlement agreement at that time, the court will set this case for trial during the next trial stack.

DATED this 17th day of January, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -