# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>LEWIS E. GRAHAM II and FLOWORKS, INC.,<br><br>        Defendants. | 2:09-CV-250 JCM (VCF) |

### ORDER

Presently before the court is plaintiff Securities and Exchange Commission's unopposed motion for an order staying pretrial and trial dates. (Doc. #83). Plaintiff reports that defendants consent to and do not oppose the instant motion. (Doc. #83).

Plaintiff requests that the court stay the pretrial and trial dates, stating that the parties have reached a settlement agreement in principle and are simply awaiting approval by the Commission. (Doc. #83). Plaintiff anticipates that the matter will be before the Commission for a decision within 30 to 45 days. (Doc. #83).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Securities and Exchange Commission's unopposed motion for an order staying pretrial and trial dates (doc. #83) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that plaintiff file a status report on or before March 1, 2012.
2  If the Commission has not approved the proposed settlement agreement at that time, the court will
3  set this case for trial during the next trial stack.
4  DATED this 17th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -