UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>LEWIS E. GRAHAM, II, and FLOWORKS, INC.<br><br>  Defendants,<br><br>and<br><br>LINWORTH, LLC,<br><br>  Relief Defendant. | Case No. 2:09-CV-00250-JCM-VCF<br><br>**ORDER** |

This matter having come before the Court on the motion of Plaintiff Securities and Exchange Commission ("SEC"), to dismiss this action against defendant FLOWORKS, INC. and relief defendant LINWORTH, LLC, and the Court having reviewed the motion and otherwise being fully advised:

IT IS HEREBY ORDERED that defendant FLOWORKS, INC., and relief defendant LINWORTH, LLC, are dismissed pursuant to Rule 41(a), Fed. R. Civ. P.

DATED: March 2, 2012

_____
Honorable Judge James C. Mahan
UNITED STATES DISTRICT JUDGE